IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIAH BIRCHETT,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**BRIAN HAWS, Warden,**<br><br>                                    Respondent. | Case No. C 09-00610 RMW<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

For good cause shown, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including March 24, 2010. Petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the pleading is filed.

Dated: March 2, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

1

Order (C 09-00610 RMW)