**E-FILED on**    6/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMIAH BIRCHETT,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN HAWS,<br><br>        Respondent. | No. C-09-00610 RMW<br><br>NOTICE<br><br>**[Re Docket No. 35]** |

    The court has received a letter dated May 2, 2010 from petitioner asking whether an answer has been filed. An answer was filed on March 23, 2010. Petitioner's counsel filed a traverse on April 23, 2010. The court will issue an order as soon as it has had time to consider the papers. Since petitioner is represented, he is advised that in the future he should communicate with the court through counsel.

DATED:     6/1/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE—No. C-09-00610 RMW
CCL

**Notice of this document has been sent to:**

**Petitioner:**

Jeremiah Birchett
#F68275
P.O. Box 4430  A2/138
Lancaster, CA 93539

**Counsel for Petitioner:**

Robert Joseph Beles          pablito@lmi.net
Paul Gilruth McCarthy        pablito@lmi.net

**Counsel for Respondent:**

David H. Rose                david.rose@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** ___6/1/10___                                        ___CCL___
                                                               **Chambers of Judge Whyte**

NOTICE—No. C-09-00610 RMW
CCL                                                            2