IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMIAH BIRCHETT,<br><br>   Petitioner,<br><br> v.<br><br>BRIAN HAWS, Warden,<br><br>   Respondent. | No. C-09-00610 RMW<br><br>JUDGMENT |

  On April 12, 2012 the court issued its order denying Jeremiah Birchett's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Therefore,

  IT IS HEREBY ORDERED that petitioner is not entitled to any relief and judgment is entered against petitioner and in favor of respondent.

DATED: April 12, 2012

             _Ronald M. Whyte_
             RONALD M. WHYTE
             United States District Judge

JUDGMENT